**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

In Re: Granulated Sugar Antitrust Litigation

MDL No. 24-3110 (JWB/DTS)

**AGENDA FOR**
**AUGUST 20, 2024 INITIAL**
**PRETRIAL CONFERENCE**

---

On July 17, 2024, an initial pretrial conference was set for August 20, 2024, in this matter. (Doc. No. 29, Pretrial Order No. 1.) The following is the Agenda that will be followed at the conference.

### Agenda for Initial Pretrial Conference

1. **Opening Remarks, Housekeeping, Case Overview**

    - Introduction of the parties present, including counsel for Plaintiffs and Defendants.

    - Affiliated companies.

    - Brief summary of the case status, including an update on any recent developments.

    - One Pending Motion in Case No. 24-1414 (Joint Motion to Consolidate and Coordinate Actions (Doc. No. 31), filed by Daniel Hedlund).

    - State litigation?

    - Estimate of Total Number of Anticipated Member Cases.

2. **Tutorial Day for Court**

3. **Review of the Joint Proposed Case Management Order**

    o  Address the points set forth in the parties' Proposed Joint Agenda for August 20, 2024 Initial Status Conference, "III. Scheduling, Discovery Plan, and Proposed Case Management Order" (reflecting Section IV of PTO No. 1), with electronic discovery subject to follow.

4. **Discussion of Electronic Discovery and ESI Protocols**

    o  <u>Parties' Positions on ESI</u>: Review the proposed ESI Order and the establishment of document repositories.

5. **Privilege and Trial Preparation Material Protection**

    o  <u>Protective Order</u>: Discussion on the proposed protective order, including the handling of privileged materials and Rule 502(d) orders.

6. **Service of Process**

    o  <u>Current Status</u>: Update on service of process, especially for Defendants who have not yet been served (e.g., Commodity Information Inc. and Richard Wistisen).
    o  <u>Alternative Service</u>: Discuss the potential for a motion requesting alternative service methods if standard service continues to fail.

7. **Modification of Discovery Stay**

    o  Plaintiffs' Request and Defendants' Opposition.

8. **Case Schedule**

    o  Review and potentially reconcile the differing proposed case schedules from Plaintiffs and Defendants.

9. **Leadership for Plaintiffs**

10. **Future Status Conferences**

    o  <u>Scheduling</u>: Determine the frequency of future status conferences, considering Plaintiffs' request for regular intervals and Defendants' preference to defer until necessary.
    o  <u>Preparation of Joint Status Reports</u>: Establish a protocol for submitting joint status reports prior to each conference.