## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In Re: Granulated Sugar  
Antitrust Litigation

MDL No. 24-3110 (JWB/DTS)

**PRETRIAL ORDER NO. 2:  
Request for Supplemental  
Information from Counsel,  
Consolidated Complaint  
Deadline, and Discovery Stay**

The Initial Pretrial Conference in this matter was held on August 20, 2024. As discussed at that conference, additional input from counsel is required to inform the Court's assessment of the parties' positions prior to the issuance of a Case Management Schedule. In addition, certain preliminary deadlines regarding the filing of a Consolidated Complaint and the briefing relating to Plaintiffs Interim Leadership Counsel can now be established.

Accordingly, **IT IS HEREBY ORDERED** that:

**1.     Joint Submission.** On or before **September 6, 2024**, the parties must file a joint submission addressing the following topics. In the event of disagreement on any item, the parties shall clearly set forth their respective positions within the submission.

   **A.     Phased Discovery.** The parties shall meet and confer and present their positions on whether discovery related to threshold issues (e.g., alleged collusion) should be conducted in a separate, initial phase. Each party shall provide a reasoned justification for its stance.

   **B.     Plaintiff Leadership Structure.** The parties shall meet and confer

and provide an analysis of the advantages and disadvantages of establishing a Plaintiffs' Steering Committee for Discovery, structured as follows:

- One Lead Counsel for Direct Purchaser Plaintiffs;
- One Lead Counsel for Commercial Indirect Purchaser Plaintiffs;
- One Lead Counsel for Consumer Indirect Purchaser Plaintiffs;
- One Liaison Counsel to facilitate coordination among the three Lead Counsel and oversee discovery for all Plaintiffs.

2. **Tutorial Day.** A Tutorial Day for the Court will be scheduled at an appropriate juncture in the proceedings, contingent upon the case progressing beyond initial dispositive motions and after a period of discovery.

3. **Interim Leadership Counsel Briefing.**

   A. By **September 13, 2024**, any motions by Consumer Indirect Purchaser Plaintiffs' counsel to appoint Interim Leadership Counsel shall be filed.

   B. By the same date, any previously filed Interim Leadership Counsel motions from Direct Purchaser Plaintiffs' counsel or Commercial Indirect Purchaser Plaintiffs' counsel may be supplemented to address issues raised in paragraph 1.B above. Amended Proposed Orders may be filed concurrently.

   C. Any responses to the Interim Leadership Counsel motions shall be filed by **September 27, 2024**.

   D. A hearing on all Interim Leadership Counsel motions will be

held before United States District Judge Jerry W. Blackwell on **October 28, 2024, at 1:00 PM**, in Courtroom 3B, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota.

4. **Consolidated Complaints.** Plaintiffs must file a Consolidated Complaint **40 days** following the issuance of a ruling on the Interim Leadership Counsel motions.

5. **Response to Consolidated Complaint.** Defendants' deadline to answer or otherwise respond to Plaintiffs' Consolidated Complaint is hereby extended until such time as the Court establishes a timeline for such responses.

6. **Stay of Discovery.** All discovery shall remain stayed pending the issuance of a Case Management Order.

7. **Next Status Conference.** The Court will hold its next Status Conference in this matter on **October 28, 2024, at 1:00pm**, in Courtroom 3B, United States Courthouse, 316 N. Robert Street, St. Paul, Minnesota. No later than **October 21, 2024**, the parties shall submit a Joint Proposed Agenda outlining the matters they recommend for the Court's consideration during the October status conference.

Date:  August 26, 2024                                *s/ Jerry W. Blackwell*
                                                      JERRY W. BLACKWELL
                                                      United States District Judge