UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: Granulated Sugar Antitrust Litigation

MDL No. 24-3110 (JWB/DTS)

**AGENDA FOR
OCTOBER 28, 2024
STATUS CONFERENCE**

A status conference was set for October 28, 2024, in this matter. The following is the Agenda that will be followed at the conference.

## Agenda

1. **General Remarks**

2. **Update on Service of Defendants Commodity Information Inc. and Richard Wistisen**

3. **Parties' Status Update Letter**

4. **Motions for Interim Leadership Appointments**

5. **Discovery Schedule and Update on ESI Protocols/Proposed Protective Order**

6. **Consolidated Complaints**

7. **Court Status Conferences.**
   - Monday, November 25, 2024, at 1:00 pm
   - Monday, December 23, 2024, at 1:00 pm OR Friday, December 27, 2024
   - Monday, January 27, 2025, at 11:00 am
   - Monday, February 24, 2025, at 1:00 pm
   - Monday, March 24, 2025, at 1:00 pm
   - Monday, April 28, 2025, at 1:00 pm
   - Monday, May 19, 2025, at 1:00 pm
   - Monday, June 23, 2025, at 1:00 pm
   - Monday, July 28, 2025, at 1:00 pm

- Monday, August 25, 2025, at 1:00 pm
- Monday, September 29, 2025, at 1:00 pm
- Monday, October 27, 2025, at 1:00 pm
- Monday, November 24, 2025, at 1:00 pm
- Monday, December 29, 2025, at 1:00 pm